# EXHIBIT 1

# ENHANCED BODY CAMERA FOOTAGE

# (FILED SEPARATELY THROUGH CONVENTIONAL FILING)