# EXHIBIT 1

# Progress Notes

Printed On Apr 19, 2021

```
                    TRAUMATIC BRAIN INJURY SCREENING
     Has the veteran already been diagnosed as having TBI during OIF/OEF
     deployment?
     No

     Section 1: The veteran experienced the following events during OIF/OEF
     deployment:
     Blast or Explosion IED (improvised explosive device), RPG (rocket
     propelled grenade), Land Mine, Grenade, etc.

     Section 2: The veteran had the following symptoms immediately
     afterwards:
     Veteran denies any symptoms immediately afterwards.  Negative Screen

/es/ STACY L COULTER
Social Worker
Signed: 03/05/2010 14:22

 LOCAL TITLE: SWS-OEF/OIF Case Management Screening
STANDARD TITLE: OEF/OIF CASE MANAGER NOTE
DATE OF NOTE: FEB 25, 2010@13:09     ENTRY DATE: FEB 25, 2010@13:09:34
      AUTHOR: COULTER,STACY L       EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| EVANS,CORY PRESTON | Printed at Robley Rex VA Medical Center |