# EXHIBIT 2

# Progress Notes

Printed On Apr 19, 2021

Ptsd. Veteran has Anxiety, Major Depression and a plethora of sxs that

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| EVANS,CORY PRESTON | Printed at Robley Rex VA Medical Center |

# Progress Notes

Printed On Apr 19, 2021

could be thought of as PTSD SXS, BUT he has NOT BEEN DXD WITH PTSD. Veteran is requesting to come off the Depakote and have another trial of mood stabilizer/anxiety medication. Therapist will talk with Dr. Pary reference this concern. Veteran primary sxs are agitation, depression/low frustration tolerance, job dissatisfaction, poor adjustment to not being in combat arena and level of intensity and purpose. He feels "out of his element" as he describes not being in the "high stress, high anxiety, high intensive" environment when working with explosives while serving overseas.

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| EVANS,CORY PRESTON | Printed at Robley Rex VA Medical Center |

# Progress Notes

Printed On Apr 19, 2021

```
disagrees with the treatment plan)
none

Tests/Consults ordered:
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
EVANS,CORY PRESTON | Printed at Robley Rex VA Medical Center

Page 136 of 194