# EXHIBIT 3

# Progress Notes

Printed On Apr 19, 2021

Yes Describe: "get rid of these feelings"

Pt. presents with problems at work, loss of interest in activities he used to enjoy, loss of energy, social withdrawl, irritability, trouble sleeping, loss of appetite, generalized anxiety, paranoia.  He has the following PTSD symptoms: intrusive thoughts; intense psychologic stress at exposure to aspects of the traumatic event; physiological symptoms in response to aspects of the event; Avoiding thoughts, feeling or conversations associated with the trauma; Avoiding activities, places or people that arouse recollections of the trauma; marked diminished interest or participation in signification activities; Trouble sleeping;Irritablility or outbursts of anger;
Difficulty concentrating;hyypervigilence.

Mr. Evans was on time for his appointment, appropriately attired and groomed. Pt. was alert and oriented to person, place and time.  He was cooperative with the interview, during which time he maintained good eye contact.  His speech was fluent, and thought processes were logical and goal-directed.  His memory for both past and recent events was satisfactory and no gross cognitive impairment was discernible.  Mood was mildly anxious and depressed with congruent affect which was modestly and appropriately modulated.  Judgement good.  Insight satisfactory.  No suicidal or homicidal thoughts.  No hallucinations or delusions.  Pt. is agreeable to follow up with MD for medication management and with social worker for supportive psychotherapy.

ASSESSMENT:
AXIS I (Clinical syndromes): Major Depressive Disorder/Anxiety disorder NOS
AXIS II (Developmental or personality disorder): deferred
AXIS III (Physical disorders and conditions): back trouble
AXIS IV (Psychosocial stressor): work/relationships
AXIS V (Global assessment of functioning):

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| EVANS,CORY PRESTON | Printed at Robley Rex VA Medical Center |

Page 177 of 194