# EXHIBIT 4

# Progress Notes

```
DIAGNOSIS:
Unspecified anxiety disorder
ADHD, predom inattentive type
Unspecified trauma-and stressor related disorder
R/O PTSD
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| EVANS,CORY PRESTON | Printed at Robley Rex VA Medical Center |