# EXHIBIT 5

Honorable Rebecca Grady Jennings and whom it may concern,

I am Detective Charles Heller with the Louisville Metro Police Department assigned to the Crimes Against Children Unit. Prior to becoming a detective, I was a First Division patrol officer in the Russell Neighborhood. While a patrol officer I had the opportunity to work alongside Cory Evans as his beat partner. The area Cory and I patrolled has historically the highest violent crime rates in the city.

Cory is highly respected and appreciated by the community particularly the business owners. Victim's loved Cory for his compassion and suspects respected Cory. I personally witnessed a terrified domestic violence victim hug Cory after we arrested the suspect. A crack cocaine addict accredits Cory for saving her life by helping her kick the cocaine habit. Multiple local business managers have personal complimented Cory to our command staff expressing his diligence and effectiveness in solving the problems plaguing their businesses. In the 4 years Cory and I worked together I have never once seen him use any unreasonable force nor have I ever questioned his decisions or motives behind them. Cory holds himself to a high standard and has been incredibly successful. I accredit many of my achievements on the department to working alongside Cory, his work ethic and enthusiasm spurring me on and ultimately making me better a better police officer.

As well as beat partners Cory and I both volunteered for the Special Response Team which is Louisville Metro Police Department's riot response team. The riots we experienced in Louisville can only be described as pure chaos. It was like a scene out of a war movie. Thousands of rioters filled the streets. The rioters destroyed everything in their wake. We were shot at almost every night. Bottles of urine were thrown at us. One of our SRT members was hit with a Molotov Cocktail and set on fire.

The 3rd day of the riots our city had been destroyed and we had no control over the chaos. Our command expressed to us, do whatever it takes to bring this city back under control. At the end of the 3rd night of protests a commanding officer shouted "go get them" as our SRT team pursued a group of dozen of the most committed rioters. We had little sleep and had been beat up for 3 days straight. I have heard old veterans talk about the "fog of war" and now I understand. We were shot at, spit at, verbally and physically accosted, urine thrown on us, bricks and rocks thrown at us, Molotov Cocktails thrown at us, improvised explosive devices thrown at us, loved ones threatened and our city in shambles. We were beyond exhausted, stressed, hungry, thirsty and frustrated with no end in sight. In fact, it would be over 2 weeks before we even had a day off and months before we saw any real reprieve from the riots.

In addition to serving his local community Cory has served his country for almost 17 years. Cory has been deployed twice and rose to the rank of Staff Sergeant.

Cory is a good friend, husband and father of 2 young boys.

Cory has served his community and country well and with honor. It pains me to see what the Department of Justice is doing to such great police officer, veteran and family man. I have personally advised Cory to fight these charges and stand behind him 100 percent.

Respectfully Your,

Charles Heller