# EXHIBIT 6

1274 HWY 191
West liberty, KY 41472
June15, 2021

Dear Honorable Rebecca Jennings,

In the case of Cory P. Evans I am urging you to consider leniency. As his mother I may not be the most unbiased person to speak of his character, but I can say I know him better than anyone. I do realize that he is not perfect, but he had a calling as a young man to be a police officer and be someone any parent could be proud of. The reason for that is his deep seated desire to take as may drugs and other illegal activities off the street as he possibly can.

As a child Cory grew up with an abusive alcoholic father with only his uncles as male role models and a mother who tried to teach him to always do right. As his mother, I never had to worry about him as a teenager. He did not run with the wrong crowd, stay out late and get into trouble. Cory grew up in a very small town in eastern Kentucky where drugs are prevalent, but instead of falling victim to drug use and abuse he took the alternate route and wanted to rid the streets of them. If you have reviewed his police record you will see that he was successful in many instances in his relatively short career at Louisville Metro Police Department .

As a seventeen year old he made the decision to join the U S Army and spent his last high school summer doing boot camp at Fort Sill, OK. He remained in the West Virginia National Guard until this incident forced him out. He served honorably for seventeen years with one tour of duty in Afghanistan.

As mentioned previously, the small town he grew up in offered no opportunity for Cory to grow as person and have the career he had dreamed of as a child. He moved to Louisville where he worked in Corrections until he was able to join the police force. He married a local girl and has two young children who look up to him as a hero.

I am asking for leniency for a young man who could be America's hero, but who has fallen victim to the politics of his time. He does not deserve to have his entire family life and two careers destroyed. He has been willing, from a very young age, to be the heroic figure and has spent the past seventeen years of his life putting his life on the line to protect and serve his nation and his community.

Sincerely,

*Shirley Evans*

Shirley Evans