# EXHIBIT 7

07/13/2021

**From: Jenna Evans**
j.schneider.rn@gmail.com
**(812) 267-2759**
MSN, APRN, FNP-C

**To: Judge Rebecca Grady Jennings**

Dear Honorable Judge Rebecca Grady Jennings:

My name is Jenna Evans. I have been happily married to Cory Evans for seven years. We have two young children together. They are our world. We have raised them together as a team since they've been born, and Cory has always worked hard at staying connected to the family even when he was gone with the military for deployments or while he was working constantly when the riots began last year.

Cory Evans is a dedicated man. He has always been dedicated to his country, his family, and his community. He has worked his entire adult life to make the world a safer and more joyful place. He is a loving man. He is caring and compassionate. When he returns home from work, he gives his two little boys his attention. He plays with them no matter what happened during his shift, and off duty, he takes them to the park or swimming or reads to them.

Cory Evans has always strived to be better. He has always wanted to do better and be better. Please give him the chance to contribute to his family and community. He is more beneficial outside of prison than he ever would be in prison. With a felony, he will lose time with his family, the ability to teach and guide our young sons, job opportunities, military retirement and benefits for his family, police retirement, and much more. Prison would change him as well as his children. The more time he spends away from his children, the more they will suffer. He is a grown man, but they are still young and will not understand why Daddy has left them. In their eyes and mine, he is a hero. He has kept us safe and well-cared for. He has done so many things for our country, our community, and my family in 33 years than most men can say they have done in a lifetime.

Please have mercy on Cory Evans. I pray you can find it in your heart to give him an opportunity to turn a wrong decision into a lifetime of good choices for our family and the community.

Thank you for taking the time to read my letter. I can imagine how much time goes into an important job such as yours. It does not go unnoticed.

Sincerely,

Jenna Evans

(812) 267-2759

j.schneider.rn@gmail.com

2