# EXHIBIT 8

To: The Honorable Judge Grady Jennings
July 14, 2021

Your Honor,

We are writing on behalf of Cory Evans in regards to his pending sentencing. My name is Karen Wheeler and my husband Tim and I wanted to share our thoughts on Cory's character.

Cory has been married to our niece Jenna and we've known him as a close family member for about eight years. We have always been so impressed with his determination to work his way out of an impoverished upbringing in eastern Kentucky. Cory has strived in his lifetime to serve our country and his community. After graduating high school, he joined and served 17 years in the Army, being deployed several times including leaving ONE day after his wife and newborn son came home from the hospital! On returning to the USA, he then took college courses and worked as a prison guard. Eventually, he trained as a police officer, where he served to protect the Louisville community in a high crime area. He did all of this, plus working holidays and overtime whenever needed, without complaints and never shirked his responsibilities.

Cori is an attentive husband and a loving, hands-on and gentle father of two young boys. We have enjoyed seeing Cory carrying his sons around on his shoulders and playing wrestling games with them on the floor. This young family needs him so badly at home with his children as they are growing up. A long sentence would risk severing the bonds with his little boys and put Jenna in a very difficult and tenuous position trying to raise and support two boys on her own as a single parent!

Cory is someone who owns up to his mistakes and learns from them. He's the type of person that we feel should be given a second chance, without some unnecessarily long sentence. We vouch for his strong character and his ability to be an honorable member of his community. Thank you for your consideration.

Kind regards,
Karen & Tim Wheeler
phone: 224-234-5759.