# EXHIBIT 9

222 Circle Drive
West Liberty, KY 41472
June 23, 2021

Dear Honorable Rebecca Grady Jennings,

I am writing to you on behalf of Mr. Cory Evans as I have known him his entire life. I watched him grow up and have seen him excel in many things. Cory grew up in West Liberty, KY where he was active in school sports and the church youth group at Index Community Church. He always presented himself courteous and helpful.

During his younger years, he always wanted to serve in the military. As a seventeen year old boy he finalized those dreams by joining the Army Reserve and doing a split training after his junior year of high school. He later transferred to the West Virginia National Guard to serve with the 2nd 19 Special Forces unit, where he became admired and respected for his dedication, discipline and physical abilities. Under the guidance of his commanding officers Cory always carried out his orders in accordance to the guidelines and training he had received. He was deployed to Afghanistan and Germany.

While the National Guard was a big part of his life, he also pursued a career in law enforcement with the Louisville Metro Police force and dedicated his life to public service. He was diligent in his service under the command of his superior officer. He applied the same basic values and presented himself proficient in many situations. He received many commendations during his short career as a police officer and as a soldier.

Having said all of this brings me to say that Cory has a great love for God, his family, his community and his country and has been an asset to all he has served. I feel it is a sad situation that has led me to write this letter. We live in difficult times and face changes both good and bad. Respect and values within our society are in grave danger. We need our police who serve and protect. This past year as been hard on the police who face numerous difficult situations during their service to the public. It is my request to you that you consider the situation at hand, a difficult and uncommon circumstance. Lending your wisdom as judge to this heartbreaking situation is all I can request . May justice prevail.

Yours truly,

*Jerry L. Stacy*
Jerry Stacy