# EXHIBIT 10

**Shayne M. Welling**
11 Springhaven Rd.
Wheeling, WV 26003

Phone: 304-907-7169
Email:  SMWelling1213@gmail.com

21 July 2021

The Honorable Rebecca Grady Jennings
Gene Snyder United States Courthouse
601 W Broadway
Room 262
Louisville, KY 40202-2227

**Re:    Character Letter for Cory Evans**

The Honorable Jennings,

Please accept this letter as a testament to the character and fidelity of Cory Evans. Having known Cory, both personally and professionally for several years, I am uniquely situated to attest to his professionalism as well as his sense of duty, commitment, honor, and integrity.

I first met Cory when he was reassigned to the legal section of an Army Engineer Brigade. Almost immediately, I recognized Cory as among the best Non-Commissioned Officers (NCO) ever assigned to my section. Throughout his assignment, Cory tirelessly accomplished all tasks and offered assistance to other staff sections in completing their tasks.

Never one for taking an easy route, Cory's integrity and commitment to duty was on full display following a significant injury received during a military training event. While many other soldiers might have allowed this injury to sideline their career, Cory drove on. He requested reassignment and re-classed his military occupational specialty in order to continue serving.

Cory embodies the value of selfless service. In the fall of 2019, I was transferred to new unit in preparation of a deployment to the Middle East. The paralegal position was vacant and I was invited to bring a paralegal NCO to the unit. Immediately, I reached out to Cory—without hesitation, he accepted. Unfortunately, scheduling conflicts with his military schooling prevented his deployment. Nevertheless, Cory completed his schooling and was only weeks away from a different overseas deployment in the spring of 2021 when his recent charges arose.

As a leader, Cory excelled at empowering subordinates. He set a standard that inspired junior soldiers. Though Cory was unable to deploy with me in 2020, his influence was present in the paralegal NCO who replaced him. I remain confident that Cory's example contributed to a successful deployment.

Finally, Cory's influence extended beyond being a soldier and police officer. As a criminal defense attorney myself, many times Cory offered advice and perspective on criminal matters in my civilian practice. Most notable, in a homicide case, Cory was able to offer an alternative explanation based upon crime scene evidence previously overlooked. I include this, because I believe it offers insight into Cory as an advocate for justice and the Rule of Law.

In light of the above, I reaffirm my belief the incident before you is an anomaly in an overwhelmingly productive life of Cory Evans. Indeed, the allegations are inconsistent with Cory's character. I have always known Cory to be of sound temperament. His identity is his commitment to public service. Cory has, consistent with his character, acted honorably by accepting responsibility for his conduct. With that decision, Cory has lost his identity as a public servant and will almost certainly lose his military career as well.

A husband, father, public servant, soldier, and veteran, Cory built a life of which he can be proud. Cory has earned my trust and respect—and for that I shall continue to support him.

I humbly ask your Honor to accept my letter of support and consider it in mitigation on behalf of Cory Evans.

Very Respectfully,

Shayne M. Welling