# EXHIBIT 11

Frederick Lambing
4404 Woodrums Lane
Charleston, WV 25313
PH: (304) 550-8174

I have known Cory Evans since at least 2016. We both served in the 2nd Battalion 19th Special Forces Group (Airborne). I have always known Cory to be very intelligent, humble, and very diligent at whatever task he had before him.

I really got to see this during our deployment to Germany in support of Special Operations Command Europe, where he was part of a transportation team instrumental in ensuring that the forward deployed military units were in timely receipt of all of their necessary supplies. He ensured the necessary international and military documentation was in order to allow the movement of these crucial supplies, and also managed and mentored the drivers who carried these essential items. This he did while not having been trained predominantly in transportation.

His attention to detail is exemplary. Cory is however not just a "good Soldier." He is also very self aware person who shows empathy and recognizes his weaknesses within himself, then works tirelessly to overcome those weaknesses. I not only observed his work, I also watched how hard he worked to improve himself. For example, we trained in the gym together on Panzer barracks in Stuttgart Germany during the deployment. We would spar, and work other basic kickboxing skills. Cory never once showed arrogance or any hint of sadism. Having this firsthand experience of training with him, I observed a man who humbly recognized where he had weakness and worked tenaciously to improve those areas. Also, just as important to note, he was quick to recognize accomplishment in others and compliment that accomplishment. Cory exemplified the Army's code of loyalty, duty, respect, selfless service, honor, integrity, and personal courage.

I would gladly serve with Cory in peacetime and combat, and gladly work with him in the private or government sector.

Respectfully,

Frederick Lambing