# EXHIBIT 12

July 13, 2021

Brad Brown

Production Engineer – Purdue Alumnus

Dear Judge Grady:

I am writing this letter on the behalf of former LMPD officer and U.S Army Veteran Cory Evans. For the past five years I have come to know Cory through our training in martial arts.

I know Cory as a loving husband to his wife and a proud father to his two young boys. Cory's duty to serve both overseas and domestic shows dedication to family and country. Cory has volunteered to put himself in situations most of us cannot imagine.

I am proud to call Cory a friend and for the opportunity to get to know is family. Both Cory and his wife have built a beautiful family and home while raising their two boys. This is the American dream that everyone wants to live and why so many people come to this great nation. Cory wouldn't be here without being a hardworking and dedicated member of society. For me to call a person a friend I must be able to trust them and they should display good moral values with integrity being one of the most important.

In troubled and tough times this great nation needs more people like Cory to selflessly stand up to protect his country, his city, and our families.

If you have any further questions or need to reach me for any reason, please feel free to contact me at any time.

Sincerely,

Brad Brown

812.595.2273

*[signature]*