# EXHIBIT 13

7/12/2021                                                Gmail - Letter

**[** _ **Gmail**                              Jenna Evans <j.schneider.rn@gmail.com>

**Letter**
1 message

**Kristin Milne** <kristinmilne916@gmail.com>                  Fri, Jul 2, 2021 at 12:55 AM
To: j.schneider.rn@gmail.com

Hi Jenna,

Thinking of you and your sweet family and sending so much love. Hope you can use my letter below. Let me know if you want me to add/make any changes. Xo

To Whom It May Concern,

I have known Cory since 2014 and have always admired him and his wife, Jenna. They are the sweetest family and best parents, always taking their two kids on hikes, swimming, and just spending quality time together. You can see it in the boys' eyes how much they love and admire their daddy.

Cory has always had this calm, collected, and cool presence. He's laid back and sweet, and seems like he would do anything in his power to help someone out. I haven't been surprised at all hearing countless stories over the years of his grit and the people who Cory has helped.

From his time in the military to work as a police officer, he has protected his country and served his community in immeasurable ways. In my opinion, his bravery and sacrifice in risking his life exemplifies the epitome of a hero. I can't begin to imagine all of the sacrifices he has made (along with his family) to keep us safe and free. My hope is that good, honorable officers like him are able to continue serving and protecting our communities in these difficult times. His job is a hard one, and thank God we have brave men and women like him who step up to protect all of us.

I am grateful to know Cory, Jenna and their two little boys. It's families like this one that make our world and towns better.

Thank you for your time and consideration,

Kristin Milne