# EXHIBIT 14

 Gmail                                    Jenna Evans <j.schneider.rn@gmail.com>

## Cory Evans
4 messages

**Christina Beaven** <beavenchristina@gmail.com>                Tue, Jun 22, 2021 at 12:48 PM
To: "j.schneider.rn@gmail.com" <j.schneider.rn@gmail.com>

Your Honor,

I wanted to take a minute to speak to the character of Cory Evans. I've known Cory for several years now. We both were beat officers in one of the worst parts of the city, patrolling daywork. In my personal experience, I can say two things about Cory: he is one of the bravest persons I know and I have never known him to lie or be dishonest. I've seen him have to leave his wife and children a day after his youngest son was born to go serve our Country. No one should have to sacrifice their family like that but his Duty called and he bravely without question answered. I am not certain of how many tours he has served the USA, but my guess would be too many. I would pray that Your Honor would please take this into consideration.

I know this bravery paid off because I'd like to tell you one of the scariest times as an officer I faced with Cory when I truly thought we were all going to die. It was towards the end of a VERY long 12 hour shift when we had just made a down drunk (one of many that day) when we were standing on a corner near a liquor store. An SUV crashed into a live electric pole and landed it on its side, immediately catching everything on fire. The wires above us surrounded us in flames and we realized the lady inside was unconscious. We tried, in vain, to brake the front windshield to extricate her as we knew we only had seconds before the car burst into flames. Cory, seeing the only option, jumped onto the driverside doorframe and kicked the door in until it broke and he reached in and pulled her very heavy body out. I can't explain how in the world he was capable of this feat; I've never seen anything before or since. To paint a picture, he is over 6 ft. tall and very close to all the overhead electrical wires that had flames. We all helped bring her down and catch her. She was highly intoxicated when EMS delivered her to the ER. I fully believe if Cory hadn't been there she would have perished.

I know nothing of the incident for which Cory has been accused; all I know are my times as a personal friend and fellow officer with Cory. He is a true Patriot, truly believed in his sense of Duty to the community he served, and is a devoted and loving father and husband to his family. I humbly ask that you please take his time committed to the service and everything he's done for his Country and community into
consideration.

Respectfully,

Christina M. Beaven