# EXHIBIT 15

Judge Rebecca Grady Jennings

I find writing character references one of my most difficult tasks. I know that I'm not the defending lawyer or the prosecuting attorney. I certainly must not assume to influence you, the Judge.

Having said this, I have known Cory Evans for 20 years in the role of the family minister. I have watched him excel at school, excel in the military, excel as a family member. We were working at the church today and some of us were discussing his many volunteer hours at the church.

Cory has a great work ethic, respect for others, and working knowledge in dealing with others. His family and extended family are productive citizens and respectful of everyone. They have a great work ethic and help anyone they can.

From my experiences with Cory as a pastor, I would have no problem recommending him for a position in any employment. If I had a daughter and he was single and wanting to marry her, I would have no problem with them marrying.

Sincerely,


Rev/Dr. William Michael Frisby, Sr.
709 Main Street
West Liberty, Kentucky
mfrisby@mrtc.com
513/258-8127