# EXHIBIT 16

July 11, 2021

Rebecca Grady Jennings, District Judge
Western District of Kentucky
Gene Snyder United States Courthouse
601 West Broadway    Room 262
Louisville, Kentucky 40202- 2227

Dear Honorable Judge Jennings:

I am writing on behalf of former LMPD officer Cory Evans who is my son-in-law.  As background, I am a retired public school superintendent who believes in following policies and rules.  I soon found that people who were affected by those policies were not all the same.  People had different experiences growing up and on the job, different training, seriousness of offences, and whether the offender had any significant service over and above the call of duty to the organization.

Mr. Evans grew up in the coal fields of Eastern Kentucky as the son of an alcoholic coal miner who did not attend Cory's school activities.  Later, Cory's father did not even attend his son's wedding to my daughter.

Cory Evans enlisted in the United States Army soon after high school and served for four years.  He then joined the West Virginia National Guard where he is in his thirteenth year.  During his seventeen years of military service, he has had two tours of Afghanistan and two tours of Germany and Eastern Europe.  Most of Mr. Evan's time in the military has been spent in Special  Forces.  He has made more than one hundred parachute jumps from aircraft, many from behind enemy lines.  His military service has left him two bad knees, a bad back, hearing loss and PTSD.

Mr. Evans was a prison guard at the Kentucky State Reformatory in LaGrange for five years.  Mr. Evans was an LMPD officer for almost seven years.  Almost all of that time was spent in Louisville's high crime areas.  Mr. Evans was also the lone policeman in the Humvee that was surrounded and bounced during the first few nights of the Spring 2020 protests/riots.

Cory is a loving father to two pre-school sons who adore him.  Cory can usually be seen kissing, hugging and playing with them when he is not working.  A lengthy absence by Cory would be devastating to those two little boys as well as their mother Jenna.  They have always been a happy little family.

Thank you for considering the mitigating factors I have mentioned in the federal government's case against Cory Evans.

Sincerely,

Monty Schneider, Superintendent ( Retired )
North Harrison Community Schools  ( Indiana )        West Clark Community  Schools ( Indiana)

To Whom it may concern;

My name is Charles Dismang and I am writing this letter in regard to officer Cory Evans. I have known him personally for around 8 years now. In this time, I have had the pleasure of him training in my facility, Full Moon Martial Arts Academy and truly believe him to be a man of honor and integrity. his willingness to consistently help us with our training programs has been a great asset to us. I and my facility have been in some way a part of working with local police departments in southern Indiana since the mid-1990s, we still offer our facility and volunteer our time to support and assist in as many ways possible to ensure these men and women are given the time and opportunity to train.  With that being said I believe I have an insight into people especially in this line of work and I can vouch for dedication, commitment, hard work, and integrity that he displays as well as his commitment to our community, its laws and principles. Cory has greatly earned my respect and admiration for his many displays in my and my coach's presence of his dedication to always strive to be better in every way. In my many years of working with hundreds of officers I am proud of his commitment to our community and our country; these are the men and women who diligently protect us with no regards to their on-safety. Understanding the daily pressures of this line of work and seeing Cory maintain a positive attitude in life and bringing positivity to those around him speaks highly of his character.  For these and many reasons I am honored to have this man as a friend and a law enforcement officer.

Thank you for taking the time to read this letter

Charles R Dismang PhD

 Gmail                                    **Jenna Evans <j.schneider.rn@gmail.com>**

## Letter for Cory
1 message

**Steven Schneider** <stevesschneider@aol.com>                Wed, Jun 23, 2021 at 12:20 PM
To: j.Schneider.rn@gmail.com

To whom it may concern:

My  name is Debbie Schneider and my husband Steve and I came to know Cory through his marriage to our niece. We learned first of his love of our country as he has been in the US Army/Army Reserves since age 18, and he spends numerous days, weeks, and months away from his family training himself and others to protect and defend all of us.

We have also seen examples of his love for and devotion to his wife Jenna and his sons Alister and Ansel at family gatherings and vacations. We've seen Cory demonstrate his love for his boys through protecting them at the beach and pool, and at the same time teaching them skills to help them grow.

My hope is that the Court will see past this incident that Cory is taking responsibility for, and give him the opportunity to continue his desire to serve and protect his country and his family.

Sincerely,
Debbie & Steve Schneider

Sent from my iPad

520 Pleasant Valley Road
Morehead, KY 40351
June 25, 2021


Dear Honorable Rebecca Grady Jennings,


I am writing to you in regard to my older brother, Cory P. Evans. I encourage you to handle this
case with leniency and compassion. Being Cory's baby sister, I have a great understanding of his
persona and character. I can allow you to see Cory from a perspective that not many other people
can. Cory hails from a large family in the coal fields of eastern Kentucky. He grew up in a
common lifestyle for those in Appalachia. Our father was a coal miner who was burdened with
alcoholism. Our mother was an English teacher at Morgan County High School. He is the oldest
of four siblings. For my sister, Sarah, and brother Justin, Cory served as a childhood friend and
role model. For me, he served as a father figure, and for that, I cannot express my gratitude.

Cory is a man of passion, talent, athleticism, patriotism, and courage. We are a lot alike in a
sense that we share similar hobbies and interests. We are both martial artists with a passion for
human performance. He pushed me to be the best athlete I could be and encouraged me to take
advantage of every opportunity, no matter how scary. His lessons have shaped me as a person
and are continuing to pave the way to a promising future. This is just one of the many examples
of how Cory's tough yet loving character has positively impacted me. I can confidently say Cory
has made this kind of impact on so many people.

My entire life, I have known Cory as a man of service to his community and country. At the
young age of seventeen, Cory partook in the greatest act of patriotism and enlisted in the US
Army. He was an accomplished soldier, earning himself many awards and the title of Soldier of
the Year. He inspired our brother, Justin, to later enlist during his senior year of high school.
Throughout my youth, my pride for my brother was evident. I talked about him in school and
told everyone I would one day enlist in order to be like him. Years later, he decided he wanted to
make his service more personal. Coming from a region with a crippling drug problem and
rampant drug related crime, Cory decided he wanted to serve communities and help fight the
very thing that was destroying his home. He became a Louisville Metro Police Officer, another
dream he had since he was young. During his time of service to Louisville, he received numerous
commendations for his outstanding dedication to the city.

In times like these, being a police officer is hard. Cities, especially Louisville, refuse to see the
humanity in police. No one will tell you about Cory's hometown, how he was in high school,
what his family is like, what his loves and passions are, the love he has for his wife and children.

All people know is that he is a police officer before they decide he is a bad person. That is not enough. My brother is a good man. May justice prevail.


Sincerely,


Lindsay Evans

 **Gmail**                                        Jenna Evans <j.schneider.rn@gmail.com>

## To the honorable Judge Rebecca Grady Jennings
1 message

**Casey Schneider** <caseyschneider1982@gmail.com>                          Mon, Jul 12, 2021 at 11:04 AM
To: j.schneider.rn@gmail.com

To the honorable Judge Rebecca Grady Jennings

My name is Casey Schneider, and I am writing in regards to Mr. Cory Evans, my brother-in-law. I met Cory on Thanksgiving Day, 2013, when my sister, Jenna Evans, brought him to our family gathering. From the moment we met Cory, he became a part of our family. His outgoing personality and his passion for protecting our country in the Army made him a person who was hard not to love. When they married 6 months later, we could not have been happier to add him to our official family.

From that time forward, Cory has taken care of my sister, their two sons, our community, and our country. He has worked tirelessly doing both police work and spending time in the Army Reserves on the weekends. In addition, he has also gone overseas on numerous occasions to protect our country. Despite working two jobs to protect us all and to support his family, he has always made time for his family and is a wonderful husband and father. His sons Alister and Ansel, ages 4 and 5, adore him! He is their favorite playmate, and they love each other tremendously.

I hate that a mistake made by a person who has PTSD due to combat at war and had been working long, tiring hours during the extremely unprecedented and high stress riots will greatly affect the remainder of his life and that of his family. As a former teacher, I realize that some professions such as police officers and teachers are held to higher standards than most, and Cory is in one of those professions. I am not saying that Cory is perfect. He is human, and we all make mistakes; however, he is a good, honest, caring man. This event does not define him. Good people make mistakes. He is deeply sorry that anyone was hurt.

Cory will lose two jobs and two retirements. He will miss out on precious time with his young sons and family, and he will forever struggle to get jobs that someone of his experience, education, and work ethic deserves. Cory is a good man who means a lot to many people! I ask for leniency in his sentencing for a man who made a mistake and who will forever pay for it. His family needs him.

Thanks for your time and consideration.

Sincerely, Casey Joy Schneider

**Sarah Evans Nickell**
110 Timber Ln
Morehead, KY 40351

6th July 2021

Dear Honorable Rebecca Grady Jennings:

I am writing to you on behalf of my brother, former officer Cory P. Evans, to request leniency at his sentencing.

Cory and I grew up together, a mere 22 months apart in age. Where one went, so did the other. To say I know his character, his heart, and his morals would be an understatement. The region in which we were raised made for a difficult upbringing, being constantly exposed to an ever exploding opioid epidemic, one to which many of our friends, relatives, and our oldest brother fell victim. I believe that is when Cory made the decision to not only become a police officer, but to be the best he could be.

Cory joined the military when we were both still in high school. What a decision for a child to make in order to lift himself above his circumstances! He received many commendations for his service, and did a tour in Afghanistan. As a police officer, he saved lives and took dangerous drugs off the street. As a father to his two boys, and an uncle to my three, he has been a role model of strength, courage, and determination. The last role he took more seriously than all the rest as we did not have a loving father of our own.

It is exceedingly difficult for me to write this letter; I'm sure it isn't nearly as coherent as I would like it to be. I am a staunch Democrat and supporter of BLM, so when I say I believe my brother deserves leniency, you can rest assured it is because I wholeheartedly believe in him.

Sincerely,

Sarah Evans Nickell

7/13/2021                                                                    Gmail - Cory

 Gmail                              Jenna Evans <j.schneider.rn@gmail.com>

## Cory
1 message

**jason vogt** <jgvogt@hotmail.com>                      Tue, Jul 13, 2021 at 10:05 AM
To: "j.schneider.rn@gmail.com" <j.schneider.rn@gmail.com>



Jason Vogt
GLH Sales LLC.
502-744-5787

6/30/21

District Judge Rebecca Grady Jennings,

*My Name is Ashley Hall and I have been best friends with Cory Evans wife Jenna for over 20 years. I have known Cory now for over 8 years. He has consistently proven himself to be a loyal and dedicated person both in his personal and professional life. He is a dedicated and loving father to their two boys. I think it would be very detrimental to the boys if they were to be away from their father for a significant period of time as he is such a big influence in their lives.*

*Throughout the years I have known him, I have always had positive experiences around him that involved scenarios ranging from family events, friend get togethers etc.*

*I would highly recommend you please have leniency with his sentencing so he can be there to be that influence in his boys lives and be a loving, devoted husband to his wife as they continue to raise their family. If you have any further queries with regard to his qualities and abilities, feel free to email me at* ashleyhall2019@yahoo.com *Thank you for taking the time to read this letter and please consider my reference letter when deciding Mr. Evans sentence.*

*Sincerely,*

*Ashley Hall*

Dear Honorable Judge Rebecca Grady Jennings,

RE: Cory Evans sentencing


My name is Curt N. Custer and I am from Garrett, Indiana. I am one of the managers and co-owners of Custer Grain Co. and Custer Farms Inc. I am the past CEO of the Agri-Business council of Indiana, which makes all the legislative decisions and rules that govern agriculture in the state of Indiana. I have served on many decision making boards in the past. I feel that I am more than qualified to judge a person's character and demeanor.  I have known Cory for 9 years and have found him to be a respectful, honest, and an all around decent person. He is an outstanding father to two young pre-school boys and a loving husband. His wife is a nurse practitioner and spent the last year and a half on the front lines against the pandemic. She is also my niece and I'm proud to say that Cory is her husband and our family member. He has served his country with honor and distinction overseas and at home for the past 17 years. He joined the Louisville police department in 2014 because he wanted to serve the citizens of his community. I believe it's time to say enough is enough that every police officer is a bad person. This is not a George Floyd or Rodney King incident. This is an honorable man doing his job in what they call the "fog" of war. Those streets were a war zone and Cory was doing what he was taught and trained to do. He did not beat or choke this man. A couple of stitches does not equate to time in federal prison. Cory is 3 years from a 20 year DISTINGUISHED career serving the United States of America against it's enemies, both foreign and domestic. Please show leniency and give Cory community service and let him have a life with his family and finish out his years serving his country.


With much respect,

*Curt N. Custer*

Curt N. Custer

**Jessica Pease**

210 Cherokee Drive
Jeffersonville, IN 47130
941-914-3060
jessica.kiesler@gmail.com

12th July 2021

**Judge Rebecca Grady Jennings**

Gene Snyder United States Courthouse
601 W Broadway
Room 262
Louisville, KY 40202-2227

To the Honorable Judge Rebecca Grady Jennings,

I am writing on behalf of Mr. Cory Evans. I have known Mr. Evans for approximately 8 years. Throughout this duration, Cory has shown to be a great and responsible member of our community as well as a committed husband and father.

During that time, I have known Cory to be a devoted father to his young children. Cory plays an important role in his young boys' lives, just as all fathers do, and Cory has displayed his devotion to parenting since welcoming his first son into the world.  In addition to this, Cory has proven on multiple occasions to be a reliable friend that is willing to help without notice. One thing that has stood out to me is Cory's desire to improve upon himself in many aspects of his life. One example of this desire was his willingness to join a men's group as well as marriage counseling through his family's local church in an attempt to nurture his marriage.

 It is my hope that this letter regarding Cory Evans will act as a positive factor when moving through his court proceedings to determine his final sentence.

Sincerely,

**Jessica Pease**

# BOBBY STACY

**7737** Wades Mill Rd., Mt. Sterling, KY  40353 | 859-585-4323

June 26, 2021

District Judge Rebecca Grady Jennings

601 W Broadway, Room 262

Louisville, KY  40202

To:  Hon. Judge Jennings:

I'm writing to you in reference to Cory Preston Evans who is appearing before you in court.   Cory is a person of good moral character, despite the current accusations against him.   I've never witnessed any type of behavior that would support these accusations.   I've known him all his life, and I am his uncle.  He is a husband, father of two boys ages 3 & 5, and a friend to many.

As a young man prior to completing high school, he joined our US Military to serve and protect our wonderful nation with 17 years of exemplary service.    Cory is efficient, detail oriented and very competent.   He strives to perform all assignments within protocol and to the best of his ability.

I respectfully request that this case be dismissed or at least leniency in judgement.    Cory's career and livelihood could be destroyed.

**Sincerely,**

Bobby V. Stacy

# COURT REFERENCE LETTER

Patricia Lewis

749 Mortica Rd, West Liberty, Kentucky, 41472

(606) 743-4226

pat.lewis1961@gmail.com

Date: June 22 2021

Dear Honorable Rebecca Grady Jennings,

My name is Patricia Lewis and proud to offer my recommendation of Cory P. Evans to whom I have personally known for 33 years as my nephew.

During my relationship with Cory P. Evans I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. In addition, Cory P. Evans is a family-person who has always presented themselves with levelheadedness and grace.

It's with great confidence that I recommend Cory P. Evans as someone who, I truly believe, possesses the character and judgment for the betterment of our community.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

July 9, 2021

To the Honorable Judge

Re:  Cory Evans sentencing

Your Honor,

My name is Kevin Custer and I live in Garrett, Indiana.  I am General Manager and Co-owner of Custer Grain Co., Inc. and Custer Farms, Inc.  I am writing this letter on behalf of Cory Evans.

Over the years I have known Cory Evans and have found him to be an honest, patriotic, hard working young man.  Cory, as well as other police officers, have been in many tough situations in their thankless occupation.  Cory is a good husband and wonderful father to his two young children.  When I look at other offenders behind bars, I do not see Cory as a man that should be imprisoned.  I believe his punishment would hopefully be community service instead.

I know you have a very tough job making hard decisions every day, and I am asking for leniency for Cory.  If you would like to talk further about Cory, please call me at 260-413-2937.

Thank you,

Kevin Custer
1772 County Road 52
Garrett, IN  46738

July 14, 2021

To: The Honorable Judge Rebecca Grady Jennings

Thank you for this opportunity to speak about Cory Evans. I have known Cory for the past nine years. He is married to my daughter, Jenna Schneider Evans. Cory has become a loved and important part of our family. He is a husband and a father to two preschool sons.

As I'm sure you are aware, Cory joined the Army National Guard in 2005 directly out of high school in an attempt to serve his country as well as continue his education. Twelve years were served in special forces and five years in conventional forces. He has served his country well in a full time and part time status and is currently three years away from a twenty year military retirement. This will all be lost with a felony conviction.

Cory joined the Louisville Metro Police Department in 2014 because he had always wanted to serve his community in some way and felt that his skills he had acquired in the Army would serve him well in police work. Our family has listened to him tell of his life and the life of his family being threatened on many occasions. I'm sure you are very aware of the life of a police officer in a high crime area.

During the first week of the demonstrations in Louisville, Cory described the scene as very intense especially for the Special Response Team of which he was a part. Chaos and confusion reigned for all involved as conflicting orders were given in these unprecedented events. Legal demonstrators had followed the order to disperse and go home, while others stayed just to raise hell. That along with little sleep for these officers led to many unfortunate situations.

I am asking you to look at Cory as a young man who has served his community and country for many years and show fairness and leniency in sentencing him. He does not want to do police work again, but would like the opportunity to finish his last three years with the military. He would love to have the opportunity to be a good citizen, good husband and a good father to his boys. Thank you for your consideration.

Respectfully,

Linda Schneider

812-267-2773

Dear Judge Rebecca Grady Jennings,

It has come to my attention that the character of Cory Evans has come into question. I do not know the details behind why his character is being questioned but I felt the need to write to let you know the kind of person that Cory is. I met Cory through his wife Jenna 4 years ago during one of the hardest years of my life. I met both of them through our Crossfit gym and at first I remember him coming off as the strong silent type. But once we got to working out, he was the best hype man. He was always cheering us on (because of course he got done before me) and was always supportive of Jenna making it to the gym, with or without him.

When he was with his two boys, you could definitely see why he went into law enforcement. He is definitely the protector and kept a watchful eye on them, yet was always getting down and playing with the boys. I've never heard Cory raise his voice to anyone, child or adult, nor have I seen him be physically or verbally aggressive to anyone. This man is a wonderful father, husband, and person all around.

Sincerely,

Sarah Nowlin

# COURT REFERENCE LETTER

Emily Wilson
9010 Catania Drive
Louisville, KY 40299
(502) 299-5711


Date: July 6, 2021


Dear Judge Rebecca Grady Jennings,

My name is Emily Wilson, and I am proud to offer my recommendation of Cory Evans to whom I have personally known for 7 years as my friend. I have also been friends with his wife Jenna since before she and Cory met. I am also a Nurse Practitioner, like Jenna, and Jenna and I met through working together at University of Louisville Hospital as Registered Nurses almost 8 years ago.

During my years of knowing Cory, I have known him to be a hard working man who has served his country in the military and our city as a police officer. I have spent time with his wife, Jenna, and their boys, Alister and Ansel, during times when he has been deployed to foreign countries while selflessly serving our country.

While serving the military, Cory missed many doctors appointments while Jenna was pregnant, and almost was not able to be here to witness the birth of one of his sons. His jobs with both the army and the police have forced him to miss out on family milestones and events. The stress of these jobs are unimaginable to me, and I can only imagine the mental exhaustion he has experienced.

Cory is a family man. He is a great father to Alister and Ansel, and they absolutely adore him. I have been on family vacations with the Evans family, and Cory is patient and encouraging to the boys. He plays with them and calmly resolves disputes and brotherly arguments between them.

I have been in many social situations with Cory, and I have never witnessed him become aggressive or intimidating. I have felt safe knowing I was in a group of people that included Cory.

Both Cory and his family will suffer while he is away. His boys will be without their father with whom they look up to and adore. His wife without her partner in life and in parenting.

Thank you for your time, and I hope the words above will be considered while choosing his sentencing.

Please do not hesitate to contact me if you should require any further information.


Sincerely,


Emily Wilson

Dear Judge Rebecca Grady Jennings,

I have known Officer Cory Evans both personally and professionally for approximately 6 years.

I first met Officer Cory Evans when he came in as a student to Full Moon Martial Arts, where I am an instructor, in order to learn jujitsu, pankration and boxing. Cory had a dedication and passion for the art and has always strived for perfection.

With that passion, Cory began to mentor and instruct new students as they began their journey in the art. He also began dedicating his time on weekends (when he was able) to assist with a women's self defense class that I teach.

Outside of the gym, I began to know Cory as the amazing husband and father of two children that he is. He has dedicated his life to taking care of his family and spending as much time with them as possible while also serving his community and country as a police officer and a Staff Sergeant in the United States Army.

Officer Evans and his family have spent numerous events including birthdays, social events, gym events, etc alongside my own family.

As a fellow law enforcement officer, I have had the pleasure of Officer Evans being present at several of my defensive tactics trainings for the Utica Police Department. His experience and knowledge of situations has been beneficial and crucial for training scenarios. Officer Evans is passionate about his job, along with being proactive and caring about the community which he serves.

With this being said, the day Cory came to train under me I did not just gain a student. I gained a lifelong friend and brother whom will always be part of our family.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*Jason G. Vogt*

Officer Jason Gregory Vogt
Utica Police Department
Cell: 502-744-5787

Lindsay Ball

11827 Perry Crossing Parkway

Sellersburg, IN, 47172


July 10, 2021


I am writing on behalf of Cory Evans. Cory and I have known each other for about 3 years. In the time I have known him he has shown to be a respected, caring, loyal, and friendly guy. Cory is a dedicated husband, father, police officer, military vet, friend, and coach. I am happy to write a character reference letter for Cory Evans regarding this matter.

Cory, his wife (Jenna), and I all attend the same fitness gym. Cory is always there cheering each member on, helping to motivate, and teach. Cory is known at the gym and is well respected due to his caring, loyal, and friendly personality. He never hesitates to be there to offer a helping hand, support, or motivation.

Outside of the gym, his kids are his world. Cory is an outstanding father and a loyal family man. He takes everything he does as a mission to strive for the best. He helps motivate those around him to also strive for success and do the best you can.

It is my sincere hope the court takes this letter into consideration at the time of his sentencing. I truly believe in Cory and know that he is an honorable individual, a valuable member of the community, and a good human being.


Sincerely,

## Lindsay Ball

Lindsay Ball

6/23/2021

Your Honor,

I am writing this letter in regards to the case against Cory Evans in reference to his character. I have known Cory for close to 8 years as he is the husband of one of my closest and oldest friends. I in no way excuse what has happened or attempt to undermine the seriousness of the matter but I also acknowledge that things from the past cannot be altered or changed. The only thing left to do is to learn from former mistakes and become a better person and citizen because of that. I do firmly believe that Cory is an individual that is capable of learning and growing not only for himself but for his wife and 2 little boys. I hereby ask for leniency in his sentencing so that he can be around for his sons in the formable years of their upbringing. So that Cory has the opportunity to show them what it means to be compassionate yet strong as they grow and learn to be respectable and kind young men. Please consider this letter as you make your decision in this matter.

Respectfully,

Whitney Stonecipher

**Matthew Gammons**
8142 Jersey Park Rd Floyd Knobs In, 47119 – Mdgamm01@yahoo.com – 760-672-9573

July 12, 2021

Dear Judge Rebecca Jennings,

   I am writing this letter for one of my best friends and former partner with the Louisville Metro Police Department, Cory Evans. I have known Cory since the beginning of the Police Academy in 2014. During those 7 years I have found Cory to be extremely knowledgeable, compassionate, courageous and above all a wonderful father to his two beautiful boys. I have had the pleasure of becoming part of Cory's family over the past 7 years. Being able to witness the strong bond he has with raising his two boys is astounding and beautiful. Cory is someone you can count on at work or downtime with the family. Corey Evan's has helped his community by sacrificing many hours of cherished family time by policing the community and helping keep unlicensed guns and harmful drugs off the streets. Cory is a strong promoter of early education development and helping children stay in school in the community he patrolled. I have personally seen Corey Evans take the time to talk to multiple teenagers while on patrol and showing them the pros of staying in school or simply obeying their parents. Cory has always put the safety and wellbeing of his community at the top of his priority's with LMPD.

 I am aware of the consequences that Cory faces in the upcoming hearing. Cory has never intentionally or wanted to inflict harm on anyone the 7 years I have known him. That is why I am pleading for leniency in the upcoming hearing. Cory is a stand-up gentleman, and I am sure he has learned from this incident and will not put himself in this situation again.

I truly hope before you pass any judgment you take this letter into consideration of Cory's character. Cory has worked hard to succeed in life to provide for his family. Cory has always been there for me when at work on the streets of Louisville and on the home front as a friend. Leniency will provide Cory an opportunity to continue to provide for his family and be able to watch his children grow. Thank you for your time.

Sincerely,

Matthew Gammons