UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                     PLAINTIFF


v.                                                   CRIMINAL ACTION NO. 3:21-CR-63-RGJ


CORY EVANS                                                                   DEFENDANT

**SUPPLEMENTAL SENTENCING MEMORANDUM**
*ELECTRONICALLY FILED*

Comes the Defendant, Cory Evans ("Cory"), by and through counsel, Brian Butler, and

hereby submits the following supplemental sentencing memorandum in support of a sentence of

three (3) years of probation with a special condition of one (1) year of home detention:

Attached to this Supplemental Sentencing Memorandum are character letters received

after Cory's Sentencing Memorandum was filed.   These letters further speak to Cory's service to

his country, his community and his love and devotion to his family.

In an especially poignant letter, Detective Luke Singleton described May 31, 2020, the

day of this incident.   Detective Singleton wrote, "By the 3rd day of the riots our city had been

destroyed and chaos was rampant.   I often recall groups of Officers sprinting from block to

block, desperately trying to contain violence and restore order…Officers were beyond exhausted

and multiple sustained injuries from assault.   Various groups, including my own, chased groups

of violent rioters, only managing to safely apprehend one or two at a time, often being

surrounded by another hostile crowd.   The stress of these events without relief causes even the

most professional Officers extreme trauma…We were beyond exhausted, stressed, hungry,

thirsty and frustrated with no end in sight…Cory volunteered for the Special Response Team

(SRT) which was tasked with being the premier response group to the worst of the riots.   The

men and women who served on this specific team during this time, including Cory, will forever

have my respect."

WHEREFORE, Cory Evans respectfully urges the Court to sentence him to three (3)

years of probation with a special condition of home detention for one (1) year.

Respectfully submitted,

/S/ Brian Butler

Brian Butler
Stites & Harbison
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
(502) 594-1802

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing Supplemental Sentencing Memorandum

was electronically filed on November 18, 2021 with service to counsel of record.

/S/ Brian Butler

Brian Butler
Attorney at Law