Honorable Rebecca Grady Jennings and whom it may concern,

I am Detective Luke Singleton with the Louisville Metro Police Department assigned to the Crimes Against Children Unit (CACU). Prior to becoming a detective, I was a 6th Division patrol Officer as well as a Police Training Officer (PTO). While a patrol Officer I had the opportunity to work and train new Officers in an area with some of the highest violent crime rates in the city. Prior to entering Law enforcement in 2012, I served in the United States Navy and was deployed to Afghanistan from 2010-2011. I consider myself a great judge of character and got the opportunity to work with Cory in our Unit when he was reassigned pending this case. I found Cory Evans to be a faithful servant of our country and community alike.

Cory Evans worked in my office for months, never wavering in his commitment to serve in whatever capacity he could. Cory was tasked with various administrative responsibilities which greatly enhanced our effectiveness as a unit serving victim's and their families.

On May 28th 2020, our community was rocked by civil unrest which had rarely been seen before. The civil unrest quickly turned into riots which lasted for months. By the 3rd day of the riots our city had been destroyed and chaos was rampant. I often recall groups of Officers sprinting from block to block, desperately trying to contain violence and restore order. Our command, often gave conflicting orders to us, making it nearly impossible to know what is expected of each Officer at any given moment. Officers were beyond exhausted and multiple sustained injuries from assault. Various groups, including my own, chased groups of violent rioters, only managing to safely apprehend one or two at a time, often being surrounded by another hostile crowd. The stress of these events without relief causes even the most professional Officers extreme trauma. It is difficult to express in words what one feels when being asked to defend a city from itself, with conflicting orders and plans which often failed. We were beyond exhausted, stressed, hungry, thirsty and frustrated with no end in sight. In fact, it would be over 2 weeks before many had one day off and months before we saw any real reprieve from the riots.

In addition to serving his local community Cory has served his country for almost 17 years. Cory has been deployed twice and achieved the rank of Staff Sergeant. Cory is a good friend, husband and father of 2 young boys.

In closing, Cory has served his community and country well and with honor. It pains me to see what the Department of Justice is doing to such great police officer, veteran and family man. These events are reminiscent of the plight of the American Police Officer in the last 5 years: Too much is asked and not enough support is given. Law enforcement Officers are forced to make split second decisions, not only once in their career, but daily. These truly extraordinary circumstances during the riots of 2020 created an impossible situation for the men and women who left their families behind for days or weeks at a time to restore order to this city. Cory volunteered for the Special Response Team (SRT) which was tasked with being the premier response group to the worst of the riots. The men and women who served on this specific team during this time, including Cory, will forever have my respect. They truly bore the brunt of the worst these circumstances produced. I support Cory Evans as a fellow father, veteran, Police Officer and citizen in the community as well as our Country.

Respectfully,

Luke Singleton

To Whom It May Concern:

My name is Robert P. Maskey. I came to know Cory Evans in 2014 while attending the police academy. I know Cory Evans to be an honest and hardworking man. I have maintained a friendship with him over the years and know him to be a man of integrity both on and off the job. Cory Evans is a U.S. Army veteran that served his country with dignity. It is unfortunate that Cory Evans has gotten caught up in the events that plagued the city of Louisville in 2020, please understand that this was an extremely stressful and traumatic time period for everyone in the city and this is no different with Cory Evans. Please take into account that during these events, Cory Evans was trying to balance life and work, constant overtime, lack of sleep, high stress, and the danger that came along with his job. I ask that you consider his years of service with the military and how that affects people after they transition into civilian life. I still consider Cory Evans to be a friend of mine. I still know him to be a man of integrity, trustworthiness, and high moral character. Thank you for your time and I am still proud to call Cory Evans a friend.

Sincerely,

Robert P. Maskey

Sent from my iPhone

Begin forwarded message:

> **From:** Mary Lou Royse <marylouroyse@live.com>
> **Date:** August 9, 2021 at 1:27:45 PM EDT
> **To:** j.schneider,rn@gmail.com
> **Subject: Corey Evans**
>
> I am writing for help and leniency for Cory Evans!
>
> I have a special friend that I have know for many years. I know that Corey helped her through some dark times. She is a trusted friend of my mine and she is very thankful for the help and kindness that Corey has helped her and many other friends.
>
> She believes in Corey!
>
> Mary Lou Royse

1

Judge Jennings,

My name is Timothy Cook, I am writing to you today in regards to Mr. Cory Evans, a close personal friend of mine. I feel that in this difficult time our nation has been facing that we often overlook positive daily interactions and we may tend to focus on the small percentage of that are negative. I would like to take this time to speak on the positives of Mr. Evans' character.

I have been friends with Cory and his family since 2010. We met through a local gym, something that has been a large part of who he is as a person. Cory has always expressed physical health as a way to improve mental health. Both he and I have shared this as a passion to not only improve ourselves, but to help improve others. I am now the owner of a local gym and I feel that Cory's previous encouragements for me to pursue this has positively effected hundreds of individuals in our local community. I am extremely thankful I have friends like him who helped encourage me along the way.

I too am a member of the Army National Guard and know what kind of sacrifice our service members make for our nation and communities. Mr. Evans is truly a leader among the soldiers in his unit. We both know that at a moments notice you may be deployed for both national or international missions in which you have to say goodbye to your loved ones for sometimes in excess of a year. These times of being away from your family can really cause stress that not many can understand, in my eyes this is the biggest sacrifice an individual can make. Cory and I often discuss these missions and the stressors that come with our continued service, sometimes it may feel like too much of a weight to continue to bare on behalf of our families and us as individuals. Mr. Evans has always helped me view my service in a positive light, and reminds me that if it were easy it wouldn't be a "sacrifice to others".

That is exactly what Cory intended to do when joining the Louisville Metro Police Department, to continue selfless service to those who may not know him or even those who will hate him simply for being a police officer. I personally looked up to Cory for taking that extra step, in giving just that much more to others that I applied with a local fire department myself. Cory is someone I look up to as he has been a huge positive influence on me.

The one thing that Cory cares more for than anything in this life is his wife and their two young sons. I know Cory as the type of person who would give his shirt off his back to a perfect stranger if they were in need, it's the kind of person he is. I know Cory as a father to his his sons, the same kind of father figure he is to many of the young soldiers in his National Guard unit. I know Cory as the loving husband to his wife Jenna and how I try to model my behavior as a leader of my family with my wife and children.

Cory is truly an exceptional individual who puts others needs before his own. It's heartbreaking to know that he and his family is going through such a difficult time due to a mistake. The one instance that will have the biggest impact on his life is the smallest fraction of the positive person that he is. I ask that you take his entire character into consideration of your judgement.

Respectfully,

Timothy J. Cook

**From:** Diane <dianegumbert@gmail.com>
**Date:** August 7, 2021 at 12:57:35 PM EDT
**To:** j.schneider.rn@gmail.com
**Subject: Cory Character Letter**

To Whom it May Concern ,
Our family has enjoyed our time with Jenna , Cory and their precious little boys It's easy to see how much they love and need their Daddy ! Cory has always been pleasant , polite and nothing less than a gentle man around my family and I . In fact, it's a privilege to know him  He has dedicated his life to protecting our great country in the military and as a police officer serving his community Both of these positions entail extreme danger , sacrifice to himself and his precious family It's an honor to know Cory Sincerely , Diane Gumbert
Sent from my iPhone

1

8/5/2021

Good Afternoon Judge Jennings,

    I am writing you for the purpose of providing a character witness statement on behalf of Cory Evans. I have known Cory since 2013 when I joined the same unit as his in the West Virginia Army National Guard. He was more senior than me and quickly sought to provide guidance and advise me on navigating the intricacies all new soldiers face when adjusting to new surroundings. Additionally, he was helpful in implementing cross fit training into my physical fitness regime. A high level of physical fitness is a key factor to a soldier's success in our unit. In 2015 our unit deployed to Ft. Polk for a month-long training rotation. I was assigned to work directly with Cory and assist him in the commission of his duties as the Ammunition NCOIC/Non-Commissioned Officer In-Charge. Cory's work ethic was exemplary and the attention to detail he displayed in these critical tasks set the standard. We were responsible for the acquisition, distribution, collection, and accountability of a wide variety of small arms ammunition. Cory ensured that everything was accounted for and properly packed to turn in at the conclusion of the exercise. This entailed several long nights of hand counting individual bullets. Cory being in charge of the work detail could have easily cut corners but to the contrary he continuously stressed the need to ensure the counts were accurate. This showed me that no matter the circumstances and regardless of being out of sight of higher command authority, one must always do the right thing. This ethos is ingrained in our unit and Cory epitomized this. Cory and I have remained friends after he departed the unit and speak on a frequent basis. Your Honor, I am providing this character witness because I believe that Cory Evans is an honorable person who takes his responsibilities to serve and to protect with dedication and fairness in all of my interactions with him.

Regards,

Darrell Matthew Huston

8/5/2021

Dmhuston175@gmail.com

Michael O'Neil (LMPD Lieutenant Retired)
15302 Sasse Ct
Louisville, KY 40245
(502) 817-2296

September 6, 2021

Dear Sir or Madam,

My name is Michael O'Neil. I retired from the Louisville Metro Police Department (LMPD) as a Lieutenant in 2019. I am writing as a character reference for Cory Evans. I understand the serious situation that Cory is in, and while I don't know much about the circumstances or the incident that led to this situation, I feel I can speak about Cory's character.

As a Lieutenant with LMPD, I supervised Cory during his initial training at the LMPD Basic Training Academy. I also later supervised Cory as a patrol officer in the 1st Division and as a member of the Special Response Team. In total, I supervised Cory for most of his early career with LMPD in one role or another. I always found Cory to be a very respectful, hardworking, and dedicated. Cory was very passionate about preventing crime and making the community a better place. Cory was always someone who would do anything to help the department or the team. He was a true team player. Cory would always go above and beyond what was expected of him. Cory is also a true patriot who has served his nation in the military as well as his community with LMPD. Cory had a true calling to serve the nation and the community. Cory is also a family man, and it was immediately apparent in conversation that Cory loved his family wholeheartedly.

I appeal to you to show leniency to Cory and look at his life as a whole, rather than one incident. Cory is a patriot who has dedicated his life to serving his nation and community. Cory is a family man who wants to be there for his family. Cory is genuinely a good person who was thrust into a chaotic situation that got out of control. I again ask you to please look at Cory's history of service and his future potential before judging him on one incident.

Please feel free to call me at (502) 817-2296 if you have any questions or need more information on my feelings on Cory's character.

Respectfully,

*[signature]*

Michael O'Neil
LMPD Lieutenant Retired

Dear Judge,

    Thank you for taking the time to read this letter among others in your thoughtful consideration as to the sentencing of Corey Evans. It is such an unfortunate time we are facing in this country. I am sure you will agree this time of racial tensions between people of color and police officers in this country cannot end soon enough. I feel the need to preface my letter to make sure you understand I am not one sided in my plea for you to spare this man a harsh sentence. I absolutely stand against police brutality in support of people of color and I absolutely support our law enforcement.

    Corey Evans was raised in Eastern Kentucky in a much different climate than we see from our neighbors in the West. He was raised in a loving home by both parents and had a childhood that many would envy. He spent a lot of time with family and was taught to be obedient in servitude. He was surrounded by a family that prioritized love, kindness, and togetherness. Corey was the oldest of his siblings often helping his mother with 3 younger children. He was an athlete and a good student.

    I don't recall Corey ever sharing his dream with me as young children but I can't show you many more men that have sacrificed as much as he has. He has selflessly stood to defend and honor his country. Enlisting in the military as soon as he was of age. Leaving his family to go overseas and risk his life daily for the country he loved. Leaving his young wife and newborn son to serve his country yet again years later. Spending countless days and nights defending the city of Louisville where he has received numerous awards and accolades for his service. We ask these men and women to see the worst things in society and expect them to remain unchanged and not make any mistakes? What an unfair position to be in!

    The situation Corey finds himself in now is devastating. He has worked his entire adult life in a position of service. With these charges he stands to lose everything. He has already lost his career, his benefits, and now facing losing the most precious thing he has to give to his young family – time. There are two sweet little boys that deserve to grow up with their father. There is a young woman who deserves the opportunity to have her husband and protector at home. A life was not lost here. Does this punishment truly fit the crime?

    I am kindly and respectfully asking you to use your position to extend some grace to this man. Would you agree that if grace was a practice used by many involved in this terrible social war that we would see the tables turn? It has to start somewhere.

Respectfully,

Charlotte Mullins
*Concerned citizen, mother, and business owner*

Christine Rush
New Albany, IN 47150

September 8, 2021

To Whom It May Concern:

I have known Cory Evans for many years. I first became acquainted with Cory as his Lieutenant when he transferred to Kentucky State Reformatory in 2013. He was quickly deemed an essential officer in our special units. Special units consisted of C.P.T.U aka Correctional Psychiatric Treatment Unit and Segregation.

Cory was mainly utilized in C.P.T.U. due to his ability to gain rapport with the inmates. C.P.T.U. is a unit that housed up to 148 inmates split into 3 wings. These inmates were in need of different levels of Mental / Psychological help and unable to live in the general population.

On any given day I was able to depend on Cory to professionally complete his job. His job consisted of but not limited to routine rounds to check on health and safety of the inmates in their cells, supervise to make sure all locked down inmates received three meals a day, Med pass to make sure our nursing staff stayed safe, one on one watch with inmates on suicide watch, cell entries, transprting inmates to in facility health check ups, transporting inmates to in facility disiplinary court call hearings.

I have personally watched Cory respond to emergencies and protect inmates in time of need without hesitation. I have personally watched Cory interact with murderers, rapists, and child molestors with the same deminor he does with other acquaintances.

I have watched Cory use his rapport with inmates to convince them to hand over razor blades or weapons they had used to attempt suicide with by cutting their wrists, mutilating their genitailia, or cut their own throats. With his ability to stay professional and maintain rapport we were able to save lives and protect other inmates and officers.

After Cory left KSR in 2014 and I in 2016 we maintained communication electronically. On May 25, 2020 Cory asked permission to use me as a reference on a resume, I agreed without hesitation. On May 29, 2020 during protests I checked on him to make sure him and his family were safe. He informed me that he had just completed 22 hours straight due to being on the riot team. On May 30, 2021 I once again checked on him, he informed me he had got in at 0500 and was back out working at 3:05 p.m.

    In my personal opinion I believe all of our L.M.P.D. officers were tired, low moral, and beyond safely capable of making sound decisions after working that many hours. I have never witnessed Cory ever do anything with disregard to a person's civil rights. Cory worked extremely hard to protect his country, his community, his friends, his children, and his wife. I am proud to call him a friend.

                                                                                                                               Former Lieutenant,

                                                                                                                              Christine Rush